## IN RE: SUPREME COURT AMENDMENT 80 COMMITTEE

Supreme Court of Arkansas
Delivered February 28, 2002

PER CURIAM. On November 30, 2000, we established the Amendment 80 Committee to oversee the implementation of Amendment 80 to the State Constitution. *See In re: Appointment of Special Supreme Court Committee to be known as "Amendment 80 Committee,"* 343 Ark. 877 (2000). Much has been accomplished to that end, but more remains to be done. At this time, it is necessary to make additional appointments to the Committee. We hereby appoint Justice Jim Hannah, the Honorable Jim Gunter, Circuit Judge of Hope, the Honorable Stephen Routon, District Judge of Forrest City, and the Honorable David Stewart, District Judge of Little Rock, to the Amendment 80 Committee.

Judge Gunter is the current president of the Arkansas Judicial Council, and he replaces his predecessor in that position, the Honorable David Bogard of Little Rock. We thank Judge Bogard for his service and extend our appreciation to the new appointees for their willingness to serve on this important Committee. The current composition of the Committee is as follows:

Chief Justice W. H. "Dub" Arnold, Chair
Justice Robert L. Brown
Judge Robert J. Gladwin
Judge Jim Gunter
Justice Jim Hannah
Ronald D. Harrison
Justice Annabelle Clinton Imber
Jim L. Julian

Judge Andree L. Roaf
Judge Stephen Routon
Judge David Stewart
Chief Judge John F. Stroud, Jr.